IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05cv00081-REB-PAC

PARISH OIL CO., INC.

and

RAY MOORE TIRE & PETROLEUM
SERVICE, INC.,

      Plaintiffs,

vs.

DILLON COMPANY, INC.
d/b/a City Markets,

      Defendants.

## ORDER DENYING SAFEWAY'S MOTION TO MODIFY SUBPOENA TO PROTECT CONFIDENTIAL INFORMATION

Order Entered by Patricia A. Coan, Magistrate Judge
October 3, 2005

      After consideration of Safeway's September 26, 2005 Motion to Modify Subpoena to Protect Confidential Information and the Court being fully advised, hereby

      **ORDERS** that Safeway's Motion to Modify Subpoena to Protect Confidential Information is **denied** for lack of compliance with D.C. Colo. L.Civ.R. 7.1.A.