IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00081-REB-PAC

PARISH OIL CO., INC.

and

RAY MOORE TIRE & PETROLEUM
SERVICE, INC.,

      Plaintiffs,

vs.

DILLON COMPANY, INC.
d/b/a City Markets,

      Defendants.

# Order granting safeway's second stipulated motion to amend protective order to protect confidential information

THIS MATTER having come on to be heard regarding Safeway's Second Stipulated Motion to Amend Protective Order to Protect Confidential Information, Doc. # 103 and the Court being fully advised, and finding good cause,

ORDERS that Safeway's Second Stipulated Motion to Amend Protective Order to Protect Confidential Information, Doc. # 103 is hereby GRANTED.  It is further

ORDERED that the provision in paragraph 3 of the subject motion is added as a further term of the Protective Order.

Dated this 9th day of January 2006.      BY THE COURT:

      s/Patricia A. Coan

      Patricia A. Coan, Magistrate Judge