IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-00081-REB-PAC

PARISH OIL CO., INC., and
RAY MOORE TIRE & PETROLEUM SERVICE, INC.,

  Plaintiffs,

v.

DILLON COMPANY, INC.,
dba CITY MARKETS,

  Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE AND COVER SHEET

**Blackburn, J.**

  Attached is a **Juror Questionnaire** and concomitant cover sheet approved for use in the trial of this case.[1]

  **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** and concomitant cover sheet shall be given to and completed by each prospective juror reporting for service in the trial of this case.

  Dated October 20, 2006, at Denver, Colorado.

             **BY THE COURT:**

             s/ Robert E. Blackburn
             **Robert E. Blackburn**
             **United States District Judge**

---

[1] The cover sheet is entitled **Supplemental Juror Questionnaire Court Introduction** and provides prospective jurors with the introduction and instructions necessary to facilitate their informed completion of the **Juror Questionnaire**.