**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-0081-REB-PAC

PARISH OIL CO., INC., and
RAY MOORE TIRE & PETROLEUM SERVICE, INC.,

    Plaintiffs,

v.

DILLON COMPANIES, INC.,
d/b/a City Market

    Defendant.

## MINUTE ORDER[1]

    Plaintiffs' Motion for Permanent Injunction [#160], filed November 6, 2006, is DENIED for failure to comply with D.C.COLO.LCivR 7.1.A.

Dated:  November 7, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.