**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00081-REB-PAC

PARISH OIL CO, INC., and
RAY MOORE TIRE & PETROLEUM SERVICE, INC.,

      Plaintiffs,

v.

DILLON COMPANIES, INC. d/b/a City Market,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED RULE 60(B)
MOTION TO VACATE INJUNCTION DUE TO CHANGE IN THE LAW**

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Rule 60(b) Motion to Vacate Injunction Due to Change in the Law** [#213], filed April 17, 2007.  Defendant asks that I vacate the permanent injunction entered against it in this case based on recent changes in the law under which suit was brought.  ***See Agostini v. Felton***, 521 U.S. 203, 215, 117 S.Ct. 1997, 2006, 138 L.Ed.2d 391 (1997).  Because plaintiffs do not oppose the relief sought, I grant the motion.  I express no opinion as to whether either of the parties' divergent views is correct as to why the recent amendments to the Unfair Practices Act require that the injunction be vacated.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That **Defendant's Unopposed Rule 60(b) Motion to Vacate Injunction Due to Change in the Law** [#213], filed April 17, 2007, is **GRANTED**;

2. That the permanent injunction entered in this court's **Judgment** at 6-7, ¶ 6 [#192], filed January 23, 2007, is **VACATED**; and

3. That the **Judgment** remains in full force and effect otherwise.

Dated April 25, 2007, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn**
                                  **United States District Court**