IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-0081-REB-PAC

PARISH OIL CO., INC., and
RAY MOORE TIRE & PETROLEUM SERVICE, INC.,

    Plaintiffs,

v.

DILLON COMPANIES, INC.,
d/b/a City Market

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Stipulation and Joint Motion To Dismiss Action With Prejudice and To Discharge and Release Supersedeas Bond** [#223] filed June 13, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted, that this action should be dismissed, and that the supersedeas bond should be released.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Joint Motion To Dismiss Action With Prejudice and To Discharge and Release Supersedeas Bond** [#223] filed June 13, 2008, is **GRANTED**;

2. That the Supersedeas Bond No. 104895843, filed with the court on April 17, 2007, is **DISCHARGED** and **RELEASED**, and that the original bond shall be made available for pick up by Defendant's counsel at the clerk's office; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 13, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Court**